IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

| | | |
|---|---|---|
| KENNETH MITCHELL WOODS | § | |
| VS. | § | CIVIL ACTION NO. 1:23-cv-14 |
| JASPER COUNTY CORRECTIONAL CENTER, ET AL. | § | |

REPORT AND RECOMMENDATION
OF UNITED STATES MAGISTRATE JUDGE

Plaintiff Kenneth Mitchell Woods, an inmate confined at the Jasper County Correctional Center, proceeding *pro se*, brings this lawsuit pursuant to 42 U.S.C. § 1983.

The above-styled action was referred to the undersigned magistrate judge pursuant to 28 U.S.C. § 636 and the Local Rules for the Assignment of Duties to the United States Magistrate Judge for findings of fact, conclusions of law, and recommendations for the disposition of the case.

Discussion

Plaintiff submitted an Application to Proceed *In Forma Pauperis* in this action. A review of the Application revealed Plaintiff should pay an initial partial filing fee. Accordingly, on January 13, 2023, Plaintiff was ordered to pay an initial partial filing fee of $110.50. Plaintiff's compliance was due on or before the expiration of thirty (30) days from the date of the order.

Federal Rule of Civil Procedure 41(b) authorizes the district court to dismiss an action for failure to prosecute or for failure to comply with any court order. *Larson v. Scott*, 157 F.3d 1030, 1031 (5th Cir. 1998). "This authority [under Rule 41(b)] flows from the court's inherent power to control its docket and prevent undue delays in the disposition of pending cases." *Boudwin v. Graystone Ins. Co., Ltd.,* 756 F.2d 399, 401 (5th Cir. 1985) (citing *Link v. Wabash, R.R. Co.*, 370 U.S. 626, 629 (1962)).

As of this date, Plaintiff has failed to pay the initial partial filing fee as ordered. Accordingly, Plaintiff has failed to diligently prosecute this case. Therefore, this action should be dismissed without prejudice pursuant to FED. R. CIV. P. 41(b).

<u>Recommendation</u>

This action should be dismissed without prejudice pursuant to FED. R. CIV. P. 41(b).

<u>Objections</u>

Within fourteen days after being served with a copy of the magistrate judge's report, any party may serve and file written objections to the findings of facts, conclusions of law and recommendations of the magistrate judge. 28 U.S.C. § 636 (b)(1)(C).

Failure to file written objections to the proposed findings of facts, conclusions of law and recommendations contained within this report within fourteen days after service shall bar an aggrieved party from the entitlement of *de novo* review by the district court of the proposed findings, conclusions and recommendations and from appellate review of factual findings and legal conclusions accepted by the district court except on grounds of plain error. *Douglass v. United Servs. Auto. Ass'n*, 79 F.3d 1415, 1417 (5th Cir. 1996) (en banc); 28 U.S.C. § 636(b)(1); FED. R. CIV. P. 72.

**SIGNED this the 21st day of March, 2023.**

_____
Christine L Stetson
UNITED STATES MAGISTRATE JUDGE