IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

| | | |
|---|---|---|
| KENNETH MITCHELL WOODS | § | |
| VS. | § | CIVIL ACTION NO. 1:23cv14 |
| JASPER COUNTY CORRECTIONAL CENTER, ET AL. | § | |

### MEMORANDUM ORDER ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Plaintiff Kenneth Mitchell Woods, an inmate at the Jasper County Correctional Center, proceeding *pro se*, brought this civil rights suit pursuant to 42 U.S.C. § 1983.

The Court referred this matter to the Honorable Christine L. Stetson, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of this Court. The magistrate judge recommends dismissing this action without prejudice for want of prosecution.

The Court has received and considered the Report and Recommendation of United States Magistrate Judge filed pursuant to such referral, along with the record, pleadings and all available evidence. A copy of the Report and Recommendation was mailed to Plaintiff at the address provided to the Court. Plaintiff acknowledged receipt of the Report on March 24, 2023. No objections to the Report and Recommendation of United States Magistrate Judge have been filed.

### O R D E R

Accordingly, the findings of fact and conclusions of law of the magistrate judge are correct and the Report and Recommendation of Magistrate Judge is ADOPTED. Plaintiff may reinstate the above-styled action on the court's active docket by paying the initial partial filing

fee within thirty days of the judgment in this action.  A separate Final Judgment will be entered in this case in accordance with the magistrate judge's recommendations.

**SIGNED this 18th day of April, 2023.**

*Michael J. Truncale*
Michael J. Truncale
United States District Judge